CHARLES D. GRISWOLD, Plaintiff, v. HARRY D. HERRON, Respondent. ROBERT H. KOEHLER, an Attorney, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect his appeal by serving and filing a printed record containing the evidence taken before the referee, exclusive of the documentary

evidence as to which stipulation was made for submission without printing, and bring the case on for argument at the October term; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.